ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program**,

          Plaintiff,

   -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7,

          Defendants.

--------------------------------------------------------

      **RULE 7.1 GENERAL RULES**
      **SOUTHERN DISTRICT**

      Civil Action No. 07-CV-6907

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF

NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification

or recusal, the undersigned counsel of record for plaintiff, **JOE HAND PROMOTIONS, INC.**, a private

(non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that

Party which are publicly held:

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND**

**PROMOTIONS, INC.**

Dated:  July 23, 2007
       Ellenville, New York

               **JOE HAND PROMOTIONS, INC.**

           By: /s/Julie Cohen Lonstein
                 JULIE COHEN LONSTEIN, ESQ.
                 Attorney for Plaintiff
                 Bar Roll No. JL8521
                 LONSTEIN LAW OFFICE, P.C.
                 Office and P.O. Address
                 1 Terrace Hill : P.O. Box 351
                 Ellenville, NY  12428
                 Telephone:  (845) 647-8500
                 Facsimile:  (845) 647-6277

Email: Info@signallaw.com
*Our File No.  05-7-S04*