ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**JOE HAND PROMOTIONS, INC. ,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride** Program,                    **CERTIFICATE OF SERVICE**
                Plaintiff,    Civil Action No. 07-CV-6907
                                HON. GEORGE B. DANIELS

    -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7,
                Defendants.
---------------------------------------------------------

The undersigned hereby certifies that on the 20th day of August, 2007, your deponent served, via regular mail, a copy of the following:

                Order RE: Scheduling and Initial Pretrial Conference

upon:

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

Lucky 7
658 Dawson Street
Bronx, NY 10455

                                            /s/ Julie Cohen Lonstein
                                            Julie Cohen Lonstein, Esq.