DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | **Plaintiff (s)** |
| ~ vs ~ | **Petitioner (s)** |
| RICARDO MARTINEZ, ET AL | **Defendant (s)** |
| | **Respondent (s)** |

Trans. #:          20071236
Date Filed:        07/31/2007
Docket/Index #:    07 CIV 6907
Witness Fee:       $0.00
File: No           Court Date:
Client Ref #: 05-7-S04
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK  : SS:

<u>William Morrison</u>  , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>August 18, 2007</u> at <u>08:55 AM</u> , at  <u>1203 FINDLAY AVENUE, APT. 33A , BRONX  NY 10456</u>
deponent served the within  <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
on <u>RICARDO MARTINEZ</u> defendant therein named.

**INDIVIDUAL**
☐

By personally delivering to and leaving with said _____ a true copy thereof,

And that he knew the person so served mentioned and described in said_____

      Defendant was identified by self admission

**CORPORATION**
☐

By delivering to and leaving with _____ at _____ , and that he knew the person so served to be  AUTHORIZED to accept service.

    *Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
☒ X

By delivering a true copy thereof to and leaving with <u>MARTA URIBE   CO-TENANT</u> , a person of suitable age and discretion at <u>1203</u>
<u>FINDLAY AVENUE, APT. 33A , BRONX , NY 10456</u>      the said premise being the defendants / respondents  usual place of abode within the state of New York.

**AFFIXING TO DOOR, ETC.**
☐

By affixing a true copy thereof to the door of the said premises, the same being the defendant's      within the State of New York.

**MAILING**
☒ X

Deponent completed service under the last two sections by depositing a true copy of the <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on <u>August 20, 2007</u>   to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS**
☐

Deponent had previously attempted to serve the above named defendant/respondent.

    A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

    Approximate age <u>35</u> Approximate weight <u>125</u>  Approximate height <u>5'3"</u>   Sex <u>Female</u>

    Color of skin <u>TAN</u> Color of Hair **BROWN** Other _____

☒ X

Deponent spoke with Person Served      who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this  08/25/2007

_William Morrison_ (signature)

William Morrison 870436

_Vincent Gillis_ (signature)

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

Professional Process Servers, LLC
1265 Sunrise Highway, suite 107 , Bay Shore NY 11706

ORIGINAL

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program,**

              Plaintiff,

    V.

RICARDO MARTINEZ, Individually and d/b/a LUCKY 7,
and LUCKY 7,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **07 CIV 6907**

**JUDGE DANIELS**

TO: (Name and address of Defendant)
**RICARDO MARTINEZ, Individually and d/b/a LUCKY 7**
1203 Findlay Avenue
Apt. 33A
Bronx, New York   10456-4143

Our File No. 05-7-S04

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York   12428
Tel. (845) 647-8500

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

'JUL 3 1 2007

CLERK _____

DATE

(By) DEPUTY CLERK