ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **June 11, 2005 Tyson/McBride Program**

                Plaintiff,

-against-

RICARDO MARTINEZ, Individually and d/b/a LUCKY 7,

and

LUCKY 7,

                Defendants.

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

---------------------------------------------------------------

TO:    J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**RICARDO MARTINEZ, Individually and d/b/a LUCKY** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: October 5, 2007
        Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
Julie Cohen Lonstein
Bar Roll No. JL8512
Attorney for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277