ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **June 11, 2005 Tyson/McBride Program**,

                      Plaintiff,

  -against-

RICARDO MARTINEZ, Individually and d/b/a LUCKY 7,

and

LUCKY 7

                 Defendants.
------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

STATE OF NEW YORK :
                : SS.:
COUNTY OF ULSTER :

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1. That I am the attorney for plaintiff, **JOE HAND PROMOTIONS, INC.,** in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq*. A copy of the Summons and Complaint was served on Defendant, **RICARDO MARTINEZ, Individually and d/b/a LUCKY 7** as set forth in the proof of service by William Morrison, ECF Documents number 5.

    3.    The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired. Defendants **RICARDO MARTINEZ,**

**Individually and d/b/a LUCKY 7 ,** have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4.  Said Defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **JOE HAND PROMOTIONS, INC.,** requests that the default of the **RICARDO MARTINEZ, Individually and d/b/a LUCKY 7 ,** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: October 5, 2007
         Ellenville, NY 12428                                    /S/ Julie Cohen Lonstein
                                                                 Julie Cohen Lonstein
Sworn to before me this 5TH                                 Bar Roll No. JL8512
day of October 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration  No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*