ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **June 11, 2005 Tyson/McBride Program**,

                        Plaintiff,

                                      **CERTIFICATE OF SERVICE**
                                      Civil Action No. 07-CV-6907
                                      HON. GEORGE B. DANIELS

        -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7
                              Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 5th day of October 2007 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

Lucky 7
658 Dawson Street
Bronx, NY 10455

                                                    /s/ Julie Cohen Lonstein
                                                    Julie Cohen Lonstein