ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **June 11, 2005 Tyson/McBride Program**,

      Plaintiff,

- against -

RICARDO MARTINEZ, Individually and d/b/a LUCKY 7,

and

LUCKY 7

      Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

  Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from October 10, 2007 at 9:30 a.m.

  Plaintiff has filed a Request for Clerk's Entry of Default in this matter and upon receipt of the Clerk's Certificate of Default, will prepare and file a Motion for Default Judgment.

  Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

Respectfully Submitted,

Dated: October 5, 2007
   Ellenville, NY 12428

              /s/ Julie Cohen Lonstein
              JULIE COHEN LONSTEIN, ESQ.
              Attorney for Plaintiff
              Bar Roll No. JL8521
              LONSTEIN LAW OFFICE, P.C.
              1 Terrace Hill : P.O. Box 351
              Ellenville, NY  12428
              Telephone:  (845) 647-8500
              Facsimile:  (845) 647-6277

ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005
Tyson/McBride Program**,

                         Plaintiff,

                                       **CERTIFICATE OF SERVICE**
                                       Civil Action No. 07-CV-6907
                                       HON. GEORGE B. DANIELS

        -against-

RICARDO   MARTINEZ,  Individually  and  d/b/a
LUCKY 7,

and

LUCKY 7

                        Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 5th  day of October 2007your deponent served the following documents by regular mail:

                      Motion for Continuance of Conference


on the following:

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

Lucky 7
658 Dawson Street
Bronx, NY 10455

                                                           /s/ Julie Cohen Lonstein
                                                         Julie Cohen Lonstein