Case 1:07-cv-06907-GBD   Document 7   Filed 10/05/2007   Page 1 of 2

ECF CASE
JUDGE DANIELS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2007

SO ORDERED

/s/ George B. Daniels

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **June 11, 2005
Tyson/McBride Program**,

                Plaintiff,

- against -

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7

                Defendants.

------------------------------------------------------------

HON. GEORGE B. DANIELS

OCT 09 2007

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from October 10, 2007 at 9:30 a.m.

Plaintiff has filed a Request for Clerk's Entry of Default in this matter and upon receipt of the Clerk's Certificate of Default, will prepare and file a Motion for Default Judgment.

Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

Respectfully Submitted,

Dated: October 5, 2007
       Ellenville, NY 12428

                               /s/ Julie Cohen Lonstein
                              JULIE COHEN LONSTEIN, ESQ.
                              Attorney for Plaintiff
                              Bar Roll No. JL8521
                              LONSTEIN LAW OFFICE, P.C.
                              1 Terrace Hill : P.O. Box 351
                              Ellenville, NY 12428
                              Telephone: (845) 647-8500
                              Facsimile: (845) 647-6277

ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program,**

                        Plaintiff,

                        **CERTIFICATE OF SERVICE**
                        Civil Action No. 07-CV-6907
                        HON. GEORGE B. DANIELS

      -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7

                        Defendants
-------------------------------------------------------

      The undersigned certifies that on the 5th day of October 2007 your deponent served the following documents by regular mail:

                Motion for Continuance of Conference

on the following:

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

Lucky 7
658 Dawson Street
Bronx, NY 10455

                                      /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein