ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program**

                         Plaintiff,         **NOTICE OF MOTION FOR DEFAULT**
                                            **JUDGMENT**
                                            Civil Action No. 07-CV-6907
                                            HON. GEORGE B. DANIELS

    -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,
                         Defendants.
---------------------------------------------------------------

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to on the day of 15th day of October, 2007 in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, RICARDO MARTINEZ, Individually and d/b/a LUCKY 7**,

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

    3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND THREE HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($1,306.25).

and for such other and further relief as the Court may deem just and proper under the circumstances.

Dated: October 15, 2007
      Ellenville, NY  12428         LONSTEIN LAW OFFICE, P.C.

                                               By:  /s/ Julie Cohen Lonstein
                                                  Julie Cohen Lonstein
                                                  Bar Roll No.  JL8521
                                                  Attorney for Plaintiff
                                                  1 Terrace Hill; PO Box 351
                                                  Ellenville, NY 12428
                                                  Telephone:  845-647-8500
                                                  Facsimile:   845-647-6277