ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the **June 11, 2005
Tyson/McBride Program,**

           Plaintiff,

-against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

and

LUCKY 7

                       Defendants.
-------------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants **RICARDO MARTINEZ, Individually and d/b/a LUCKY** were served with a copy of the Complaint and Summons by on August 18, 2007;

I further certify that the docket entries indicate that **RICARDO MARTINEZ, Individually and d/b/a LUCKY 7,** have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:    NY , New York
        Oct 5, 2007

                                       J. MICHAEL McMAHON
                                       Clerk

                     By:_____
                        Deputy Clerk