ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program**

                    Plaintiff,

    -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,
                Defendants.
-------------------------------------------------------------

**RULE 54B STATEMENT**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

      Plaintiff, Joe Hand Promotions, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

      There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: October 15, 2007
       Ellenville, NY  12428

                                      LONSTEIN LAW OFFICE, P.C.

                                      By:  /s/ Julie Cohen Lonstein
                                            Julie Cohen Lonstein
                                            Bar Roll No.  JL8521
                                            Attorney for Plaintiff
                                            1 Terrace Hill; PO Box 351
                                            Ellenville, NY 12428
                                            Telephone:  845-647-8500
                                            Facsimile:  845-647-6277