ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **June 11, 2005**
**Tyson/McBride Program**

                            Plaintiff,         **STATEMENT FOR JUDGMENT**
                                                       Civil Action No. 07-CV-6907
                                                       HON. GEORGE B. DANIELS

      -against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,
                Defendants.
---------------------------------------------------------------

**Principal Amount in the Discretion of the Court**................................................$    110,000.00

**Costs:**

        Filing Fees (per Defendant)............................................................................$        350.00

        Process Server (per Defendant).....................................................................$        100.00

        Attorney's Fee (per Defendant)....................................................................$        856.25

**TOTAL (Per Defendant)**......................................................................................$ 111,306.25*
        *****BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT*****

                                                         LONSTEIN LAW OFFICE, P.C.

                                                          By:  /s/  Julie Cohen Lonstein
                                                               Julie Cohen Lonstein
                                                                Bar Roll No. JL8521
                                                                Attorney for Plaintiff
                                                                1 Terrace Hill; PO Box 351
                                                                Ellenville, NY 12428
                                                                Telephone:  845-647-8500
                                                               Facsimile:   845-647-6277