ECF CASE
JUDGE DANIELS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **June 11, 2005 Tyson/McBride Program**,

                       Plaintiff,

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-6907
HON. GEORGE B. DANIELS

-against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

                       Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 15th day of October, 2007 your deponent served the following documents by regular mail:

      Notice of Motion
      Plaintiff's Affidavit
      Attorney Affidavit
      Memorandum of Law
      Rule 54b Statement
      Statement for Judgment
      Default Judgment
      Clerk's Certificate

on the following:

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

                                        /s/ Julie Cohen Lonstein
                                        Julie Cohen Lonstein