UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOE HAND PROMOTIONS, INC., as
Broadcast Licensee of the June 11, 2005
Tyson/McBride Program

Plaintiff,

-against-

RICARDO MARTINEZ, Individually and d/b/a
LUCKY 7,

Defendants.
----------------------------------------------------------------x

DEFAULT JUDGMENT

07 CV 06907 (GBD)

GEORGE B. DANIELS, District Judge:

This action having been commenced by the filing of a Summons and Complaint, and a

copy of the Summons and Complaint having been served on the defendant, Ricardo Martinez,

Individually and d/b/a Lucky 7, and an affidavit of service having been filed, and the defendant

having failed to answer, appear or otherwise move with respect to the Complaint and the time for

appearing, answering or moving having expired, and the Clerk of the Court having issued a

Certificate of Default, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against

defendant; and it is further

ORDERED, ADJUDGED AND DECREED that this matter be and is hereby referred to

Magistrate Judge Michael H. Dolinger for an inquest on damages, interests, attorney fees, and

costs.

Dated: New York, New York
        October 24, 2007

SO ORDERED:

George B. Daniels

GEORGE B. DANIELS
United States District Judge