UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Joe Hand Promotions, Inc.

                              Plaintiff,

-v-

Ricardo Martinez, Lucky 7

                              Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 25 2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Cv06907(GBD)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

✓ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

Dated  OCT 25 2007

SO ORDERED:

_George B. Daniels_
United States District Judge