UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
                                   :
JOE HAND PROMOTIONS, INC.,         :
                                   :
               Plaintiff,          :
                                   :     **ORDER**
          -against-                :
                                   :     07 Civ. 6907 (GBD)(MHD)
RICARDO MARTINEZ, Individually     :
and d/b/a LUCKY 7                  :
                                   :
               Defendants.         :
----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


     It is hereby **ORDERED** as follows:


     A pre-inquest conference has been scheduled in the above-captioned action on **MONDAY, NOVEMBER 19, 2007 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.


**DATED:** New York, New York
       November 6, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Nick Cartagena, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143

2