UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JOE HAND PROMOTIONS, INC.,          :

              Plaintiff,           :           ORDER

      -against-                      :   07 Civ. 6907 (GBD)(MHD)

RICARDO MARTINEZ, Individually      :
and d/b/a LUCKY 7,
                             :
              Defendants.
                             :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-inquest conference having been held on Monday, November 19, 2007,

    It is hereby **ORDERED**:

    1. Plaintiff is to serve and file its motion papers by no later than November 30, 2007.

    2. Defendants are to serve and file any response to defendant's motion by no later than December 14, 2007.

    3. Plaintiff is to serve and file any reply papers by no later than December 21, 2007.

DATED: New York, New York
       November 19, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Nick Cartagena, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428

Ricardo Martinez
1203 Findlay Avenue
Apt. 33A
Bronx, NY 10456-4143